**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE NAHUM ESCUTIA                         No. C 11-1183 WHA (PR)
MENDOZA,
                                            **ORDER DENYING MOTIONS FOR**
              Petitioner,                   **RECONSIDERATION**

   v.

TERRI GONZALEZ, Warden,                     (Docket Nos. 16 & 17)

              Respondent.
                                    /

        Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus

pursuant to 28 U.S.C. 2254.  Respondent's motion to dismiss was granted on that grounds that

petitioner had not exhausted his claims in that he had not completed all of his state court

proceedings.  Petitioner has filed two motions in which he states that he has now completed all

of his state court proceedings, which he contends warrants "reconsideration" of the dismissal

order.  It does not.  The dismissal order was correct, and his completion of state court

proceedings is not grounds for reconsidering the order.  To be sure, this case was dismissed

without prejudice to petitioner refiling his petition when the state court proceedings are

completed, but the petition must be refiled in a new case, not in this one.  To the extent

petitioner has completed all of his state court proceedings, he may file his petition in a new

case.  The motions for reconsideration (docket number 16 and 17) are **DENIED.**

        **IT IS SO ORDERED.**

Dated: October ___7___, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\MENDOZA1183.REC.wpd